```
                        FILED
                     June 26, 2012
               CLERK, US DISTRICT COURT
               EASTERN DISTRICT OF
                     CALIFORNIA
               _____
                     DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> DUSTY BURGE, ) <br> ) <br> Defendant. ) | Case No. 2:12CR00198 <br><br> ORDER FOR RELEASE OF <br> PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __DUSTY BURGE__ , Case No. __2:12CR00198__, Charge __21 USC §846__ , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __ Release on Personal Recognizance

     __ Bail Posted in the Sum of $__

         __ Unsecured Appearance Bond

         __ Appearance Bond with 10% Deposit

         __ Appearance Bond with Surety

         __ Corporate Surety Bail Bond

     ✔ (Other)   __Pretrial release conditions as stated on the record.__

Issued at __Sacramento, CA__ on __June 26, 2012__ at 2:70pm.

                            By   /s/ Gregory G. Hollows
                                 Gregory G. Hollows
                                 United States Magistrate Judge

Copy 5 - Court